**Opinion issued July 9, 2024**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-24-00385-CV**

———————————

**FLUID POWER EQUIPMENT, INC., PEERLESS ENTERPRISES, AND ROBERT NOBLE SHELL, Appellants**

**V.**

**DEBORAH P. WILSON, AS INDEPENDENT EXECUTRIX FOR THE ESTATE OF JOHN WILLIAM WILSON, Appellee**

---

**On Appeal from the 157th District Court**
**Harris County, Texas**
**Trial Court Case Nos. 2022-06158 & 2024-02510**

---

## MEMORANDUM OPINION

Appellants, Fluid Power Equipment, Inc., Peerless Enterprises, and Robert Noble Shell, have filed an "Unopposed Motion to Dismiss Appeal," asserting that "[t]he parties ha[d] . . . resolved the lawsuit" and requesting that the Court dismiss

appellants' appeal.  The motion further requests that the parties bear their own appellate costs.  *See* TEX. R. APP. P. 42.1(a)(1), (d).  No other party has filed a notice of appeal, and no opinion has issued.  *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant appellants' motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f).  We direct the Clerk of this Court that costs are to be taxed against the parties who incurred the same.  *See* TEX. R. APP. P. 42.1(d).  We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Landau, Countiss, and Guerra.